**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)**

| | |
|---|---|
| KIM GRAY * | |
| KAROLD GRAY * | |
| 1415 Damsel Lane * | |
| Annapolis, Maryland 21403 * | |
|     Plaintiffs * | |
| * | |
| * | Civil Action No.: _____ |
| v. * | |
| * | |
| HOUSEHOLD FINANCE CORPORATION* | |
| a Delaware corporation * | |
| 1300 Market Street * | |
| Wilmington, DE 19801 * | |
| * | |

**NOTICE OF REMOVAL**

Defendant, Household Finance Corporation ("Household"), through undersigned counsel and pursuant to 28 U.S.C. § 1441, et seq., submit this Notice of Removal of the action captioned as Kim Gray and Karold Gray vs. Household Finance Corporation, pending in the Circuit Court for Anne Arundel County, case no. 02-C-06-115836 BC, and Defendant avers:

1. Plaintiffs, Kim Gray and Karold Gray, filed a complaint on or around August 2, 2006, in the Circuit Court for Anne Arundel County, State of Maryland, that was served on Defendant, Household, on or about August 15, 2006. The Complaint seeks monetary damages and punitive damages.

2. This Court is vested with original jurisdiction over the matter pursuant to 28 U.S.C. § 1331 as it arises under the laws of the United States. The amount in

controversy is at least $100,000 including compensatory and exemplary damages.

3. This Court is vested with jurisdiction over the matter based on diversity of citizenship. The Plaintiff is a resident of the State of Maryland and the Defendant is a Delaware corporation.

4. A true and accurate copy of all pleadings and process served on Defendants, Household, III, is attached hereto as Exhibit A.

/s/ [Gerald Danoff, Esquire]
Gerald Danoff (Federal Bar No. 01244)
Danoff & King, P.A.
409 Washington Avenue, Suite 810
Towson, Maryland  21204
Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2006, a copy of the foregoing Notice of Removal was mailed, first-class, postage prepaid to: Thomas McCarthy, Sr., Thomas McCarthy, Sr. & Associates, P.C., 79 Franklin Street, Annapolis, Maryland 21401, counsel for the Plaintiff.

                                        /s/ [Gerald Danoff, Esquire]
                                        Gerald Danoff (Federal Bar No. 01244)