FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 JUN 20 A 9 31

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| KIM GRAY <br> KAROLD GRAY <br><br> *Plaintiffs* <br><br> v. <br><br> HOUSEHOLD FINANCE CORP. <br><br> *Defendant* | Civil Action #: 1:06-cv-02181-WDQ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION OF DISMISSAL

The Parties, having settled all matters incident to the above captioned action, through counsel, respectfully request the Court to enter an Order of Dismissal with Prejudice in the above referenced case.

Respectfully submitted,

_____
Thomas McCarthy, Sr., Esquire
**Law Offices of Thomas McCarthy, Sr. P.C.**
79 Franklin Street
Annapolis, Maryland 21401
*Attorney for Plaintiffs*

_____
Gerald Danoff, Esq.
**Danoff, King & Hofmeister, P.A.**
409 Washington Avenue
Suite 810
Towson, Maryland 21204
*Attorney for Defendant*